AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHARLES NORMAN LAWSON | Case No.    2:10cr42-01-MHT    (WO) |
| | USM No.    12925-002 |
| | Laronda Martin |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Two thru Five of the   petition filed on 9/30/13 of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to notify the probation officer 10 days prior to a a change in residence or employment. | 9/26/13 |
| 3 | The defendant failed to participate in a program approved by the United States Probation Office for substance | 9/30/13 |
| 4 | The defendant failed to submit a truthful and complete written report within the first 5 days of each month. | 9/5/13 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**violation 1 of the petition dismissed on Government's motion**

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8614

Defendant's Year of Birth:    1970

City and State of Defendant's Residence:
       Montgomery, AL

December 20, 2013
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Myron H. Thompson, U.S. District Judge
Name and Title of Judge

Dec. 23, 2013
Date

AO 245D    (Rev 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:       CHARLES NORMAN LAWSON
CASE NUMBER:     2:10cr42-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | The defendant failed to refrain from any unlawful use of a controlled substance. | 8/28/13 |

AO 245D    (Rev 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment - Page  3  of  3

DEFENDANT:       CHARLES NORMAN LAWSON
CASE NUMBER:     2:10cr42-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

9 Months. The term of supervision imposed on August 27, 2010 is Revoked.

X   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends that the defendant be designated to a facility near as possible to the city of New York.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL